Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of bicycle horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, NOVEMBER 8, 1962

No. 67179.—Royal Crown Derby, Inc. *v.* United States, protests 58/3684, etc. (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiff was sustained.

No. 67180.—Royal Crown Derby, Inc., et al. *v.* United States, protests 60/25375, etc. (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiffs was sustained.

No. 67181.—Lundsing & Co., Inc. *v.* United States, protest 61/19039 (Los Angeles).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiff was sustained.

NOVEMBER 7, 1962

No. 67182.—APPEAL 5083.—R. W. Smith et al. *v.* United States.— C.D. 2250 reversed August 2, 1962.  C.A.D. 806.